IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT GENTRY FALLS,

     Plaintiff,                         No. CIV S-09-1320 MCE DAD P

     vs.

U.S. DEP'T OF JUSTICE, et al.,

     Defendants.           <u>ORDER</u>

_____/

     Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, has filed an action pursuant to the Federal Tort Claims Act.

     On December 3, 2009, findings and recommendations were filed recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim. On January 25, 2010, plaintiff filed a response to those findings and recommendations in which he requested the voluntary dismissal of this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

     Plaintiff also requests that the court's December 3, 2009 order granting his application to proceed in forma pauperis be vacated and that funds collected for the filing fee be reimbursed. Plaintiff's request will be denied since the order granting leave to proceed in forma pauperis was issued prior to plaintiff's request for voluntary dismissal.

1

1  Accordingly, IT IS HEREBY ORDERED that this action be dismissed pursuant to
2  Fed. R. Civ. P. 41(a).
3  DATED: March 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
   fall1320.59